# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROBBIE McCONAHY,

             Plaintiff,

vs.

COAST TO COAST LEATHER AND VINYL, INC.,

             Defendant.

Case No. 2:11-cv-00941-LRH-RJJ

**ORDER**

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The ENE Conference, currently scheduled for August 26, 2011, at 9:30 a.m., before the undersigned, is **VACATED** and **ADVANCED** to **August 9, 2011, at 1:30 p.m.**, in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due August 19, 2011, is **VACATED** and **ADVANCED** to be received in chambers, Room 3071, not later than **4:00 p.m., August 2, 2011.**

Dated this 30th day of June, 2011.

                                              Peggy A. Leen
                                              United States Magistrate Judge