Case 2:11-cv-00941-LRH -CWH   Document 36   Filed 02/29/12   Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
SOUTHERN DIVISION

-*-

| | |
|---|---|
| ROBBIE McCONAHY, an individual, | Case No.: 2:11-cv-00941--LRH-CWH |
| Plaintiff, | |
| vs. | |
| COAST TO COAST LEATHER AND VINYL, INC., a New Jersey Foreign Corporation, d/b/a EAST COAST LEATHER AND VINYL; and DOES and ROES 1-100; inclusive. | |
| Defendant. | |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff, ROBBIE McCONAHY, and Defendants, COAST TO COAST LEATHER AND VINYL, INC. dba EAST COAST

///

///

///

1

1  LEATHER AND VINYL that the above referenced matters shall be dismissed with prejudice
2  with each party to bear their own fees and costs.
3     IT IS SO STIPULATED.
4  DATED this 27 day of February, 2012.        DATED this 24th day of February, 2012.

ALVERSON, TAYLOR
MORTENSEN & SANDERS                           BAUMGARDNER LAW

KURT R. BONDS, ESQ.                           REBEKAH BAUMGARDNER, ESQ.
Nevada Bar #6228                              Nevada Bar #10855
ERIC W. HINCKLEY, ESQ.                        601 S. Tenth Street, #107
Nevada Bar #12398                             Las Vegas, NV 89101
7401 W. Charleston Boulevard                  Attorney for Plaintiff
Las Vegas, NV 89117
Attorneys for East Coast Leather and Vinyl

**ORDER**

  IT IS SO ORDERED.

  DATED this 29th day of February, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE