UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
SOUTHERN DIVISION

-*-

| | |
|---|---|
| ROBBIE McCONAHY, an individual,   ) | Case No.: 2:11-cv-00941--LRH-CWH |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | |
| ) | |
| COAST TO COAST LEATHER AND   ) | |
| VINYL, INC., a New Jersey Foreign   ) | |
| Corporation, d/b/a EAST COAST   ) | |
| LEATHER AND VINYL; and DOES   ) | |
| and ROES 1-100; inclusive.   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff, ROBBIE McCONAHY, and

Defendants, COAST TO COAST LEATHER AND VINYL, INC. dba EAST COAST

///

///

///

LEATHER AND VINYL that the above referenced matters shall be dismissed with prejudice with each party to bear their own fees and costs.

IT IS SO STIPULATED.

DATED this 27 day of February, 2012.        DATED this 24th day of February, 2012.

ALVERSON, TAYLOR
MORTENSEN & SANDERS                          BAUMGARDNER LAW

_/s/_____                _/s/_____
KURT R. BONDS, ESQ.                          REBEKAH BAUMGARDNER, ESQ.
Nevada Bar #6228                             Nevada Bar #10855
ERIC W. HINCKLEY, ESQ.                       601 S. Tenth Street, #107
Nevada Bar #12398                            Las Vegas, NV 89101
7401 W. Charleston Boulevard                 Attorney for Plaintiff
Las Vegas, NV 89117
Attorneys for East Coast Leather and Vinyl

## ORDER

IT IS SO ORDERED.

DATED this 29th day of February, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE